UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00353-BO-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO RELEASE DEFENDANT ON COMPASSIONATE FURLOUGH |
| ERNEST TERRELL MCKOY | |

This matter having come before the Court by motion of the Office of the Federal Public Defender to grant a twelve (12) hour furlough to the Defendant for purposes of attending his daughter's funeral and for good cause shown, it is hereby ORDERED that the twelve hour furlough is GRANTED.

The Defendant shall be released at 9:00 a.m. to the custody of Tabitha Rose Elliott McMillan on October 27, 2018 from the Albermarle District Jail for purposes of attending the funeral at Hope Valley Hawkins Funeral Service and Cremation in Clinton, North Carolina. At all times, the Defendant shall remain in the custody of Tabitha Rose Elliott McMillan. The Defendant shall return to the Albermarle District Jail no later than 9:00 p.m. October 27, 2018.

IT IS SO ORDERED.

This 25 day of October, 2018.

Terrence W. Boyle
CHIEF UNITED STATES DISTRICT JUDGE